AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | | |
|---|---|---|
| United States of America<br>v.<br><br>CALLAN J. FREE<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | **SEALED**<br><br>Case No.  8:20MJ176 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 8, 2020__ in the county of __Thurston__ in the _____ District of __Nebraska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § § 113(a)(5) & 1152 | Simple Assault |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Stephen M. Friend, FBI
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: __4-16-20__

_____
Judge's signature

City and state: __Omaha, Nebraska__

Susan M. Bazis, U.S. Magistrate
*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA
# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

The undersigned, being duly sworn, deposes and says:

1. Your affiant, Stephen Friend is a Special Agent (SA) with the Federal Bureau of Investigation (FBI) currently assigned to the Sioux City, Iowa, Resident Agency of the Omaha, Nebraska, FBI Division. In the course of his official duties, your affiant is charged with the investigation of crimes occurring on the Omaha Nation Indian Reservation, within the District of Nebraska, to include simple assault, in violation of Title 18, United States Code, Section 113(a)(5).

2. This affidavit is in support of a criminal complaint and arrest for Mr. Callan Free, date of birth (DOB) July 22, 1975. The following information was related to your affiant by an FBI investigation and by Thurston County Sheriff's Office (TCSO), Omaha Nation Law Enforcement Services (ONLES), Winnebago Police Department, and Walthill Police Department in connection with an assault investigation.

3. On April 8, 2020, law enforcement officers from TCSO, ONLES, Winnebago Police Department, and Walthill Police Department responded to an assault in Walthill, Nebraska. Preliminary investigation revealed that Mr. Callan Free assaulted Ms. Kathy Sedivy as she attempted to drive away from the post office 316 Main Street, Walthill, Nebraska. Free struck Sedivy's driver-side window and caused it to shatter. Free reached inside the vehicle and fondled Sedivy's breasts and genitals on top of her clothing. Free also attempted to reach into Sedivy's blouse.

4. Ms. Carla Urbanec exited the Charter-West Bank at 308 Main Street, Walthill, Nebraska. Free approached Urbanec on the sidewalk, grabbed her from behind, and humped her with his groin. Free released Urbanec and continued to walk along the sidewalk.

   Surveillance footage from Charter-West Bank captured the assaults of Sedivy and Urbanec.

5. Free entered Heritage Food Town at 122 Main Street, Walthill, Nebraska. He walked behind the counter of the restaurant and grabbed Ms. Shani Parker, Native American female, DOB November 9, 1996. Free grabbed Parker's waistline without her consent and began pulling her. Parker told police that she felt like Free was attempting to take her with him. Parker's coworkers intervened to stop Free from assaulting Parker.

6. Heritage Food Town employees escorted Free from the premises. During this process, Free spat in the face of Mr. William Cline, Native American male, DOB November 21, 1974.

Surveillance footage from Heritage Food Town captured the assaults of Parker and Cline.

7. The events described in paragraphs 1 through 6 occurred on the Omaha Nation Indian Reservation, in Indian Country, in the District of Nebraska. Mr. Callan Free is a non-Native American. Ms. Shani Parker is an enrolled member of the Omaha Nation Indian Tribe. Mr. William Cline is an enrolled member of the Otoe-Missouria Tribe of Oklahoma. Based upon the aforementioned information, your affiant believes a violation of federal law has occurred, to wit; simple assault, in violation of Title 18, United States Code, Section 113(a)(5) and 1152. Because Mr. Callan Free is non-Native, and Ms. Shani Parker and Mr. William Cline are Native, jurisdiction is in the United States District Court. The United States District Court does not have jurisdiction over the offenses committed against the other non-Native victims.

_Stephen Friend_
Stephen Friend, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me before this __16__ day of April, 2020.

_Susan M Bazis_
SUSAN M. BAZIS
U.S. Magistrate Judge